**EXHIBIT 1**

THE FOLLOWING INFORMATION WAS OBTAINED BY THE GRAND JURY AND DISCLOSURE TO ANY UNAUTHORIZED SOURCE IS PROHIBITED UNDER RULE 6 (e) FRCP.

Case 1:13-cr-00649-RDB   Document 75-1   Filed 07/25/14   Page 2 of 2

## STRIPED BASS CHECK-IN WEIGHTS VS. SALE WEIGHTS FOR MICHAEL HAYDEN, JR. AND WILLIAM LEDNUM

| DATE | CHECK-INS | | | | | | SALES* | | | | | | DIFFERENCE BETWEEN COMBINED SALE WEIGHT AND COMBINED CHECK-IN WEIGHT (lbs.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HAYDEN, JR. | | LEDNUM | | BOTH | | HAYDEN, JR. | | LEDNUM | | BOTH | | |
| | # OF STRIPED BASS CHECK-IN | WEIGHT OF STRIPED BASS CHECK-IN (lbs.) | # OF STRIPED BASS CHECK-IN | WEIGHT OF STRIPED BASS CHECK-IN (lbs.) | COMBINED # OF STRIPED BASS CHECK-IN | COMBINED WEIGHT OF STRIPED BASS CHECK-IN (lbs.) | WEIGHT OF STRIPED BASS SOLD (lbs.) | WHOLESALE PRICE OF STRIPED BASS SOLD ($**) | WEIGHT OF STRIPED BASS SOLD (lbs.) | WHOLESALE PRICE OF STRIPED BASS SOLD ($**) | COMBINED WEIGHT OF STRIPED BASS SOLD (lbs.) | COMBINED TOTAL WHOLESALE PRICE ($**) | |
| Dec. '07 | 650 | 1,500 | 800 | 1,950 | 1,450 | 3,450 | 6,632 | $14,139.73 | 2,173 | $4,346.00 | 8,805 | $18,485.73 | 5,355 |
| Jan. '08 | 753 | 1,773 | 755 | 1,804 | 1,508 | 3,577 | 16,601 | $47,580.38 | 0 | $0.00 | 16,601 | $47,580.38 | 13,024 |
| Dec. 16 - 23, '08 | 200 | 500 | 275 | 851 | 475 | 1,351 | 864 | $2,718.00 | 2,967 | $8,901.75 | 3,831 | $11,619.75 | 2,480 |
| Jan. '09 | 278 | 1,341 | 487 | 2,159 | 765 | 3,500 | 5,423 | $21,205.50 | 7,105 | $27,450.05 | 12,528 | $48,655.55 | 9,028 |
| Feb. '09 | 274 | 1,439 | 328 | 1,547 | 602 | 2,986 | 8,108 | $18,919.75 | 7,202 | $16,590.75 | 15,310 | $35,510.50 | 12,324 |
| Jan. 18 - 20, '10 | 646 | 1,566 | 514 | 1,233 | 1,160 | 2,799 | 1,662 | $7,628.00 | 2,330 | $11,067.55 | 3,992 | $18,695.55 | 1,193 |
| Feb. 2 - 16, '10 | 839 | 2,434 | 868 | 2,436 | 1,707 | 4,870 | 5,830 | $14,004.50 | 5,832 | $14,010.00 | 11,662 | $28,014.50 | 6,792 |
| TOTALS | 3,640 | 10,553 | 4,027 | 11,980 | 7,667 | 22,533 | 45,120 | $126,195.86 | 27,609 | $82,366.10 | 72,729 | $208,561.96 | 50,196 |

*Proceeds paid by wholesaler.

**Wholesale not retail value of fish.